UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALEX D. CAMP,

        Plaintiff,

  v.

D. LEONIDA et al,

        Defendant.

Case Number: CV07-06478 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alex D. Camp
F-60310/ 3-H-12L
San Quentin State Police
San Quentin, CA 94974

Prison Trust Account
San Quentin State Police
San Quentin, CA 94974

Court's Financial Office
450 Golden Gate Ave
San Francisco, CA 94102

Dated: January 29, 2008

                                            Richard W. Wieking, Clerk
                                            By: D. Toland, Deputy Clerk