5:30 am 2-3-08

To:
Clerk of The U.S. District court

Notice of change of address
plaintiff Alex Camp CV C 07-6478 wha
(pr)

from:
Alex Camp
4730 E butler ave # 124
fresno CA 93702

FILED

MAR - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To:
Alex Camp
F60310 4-H-92 Low
S.Q Sp
San Quentin CA 94974

reason they keep change my release
date.

respectfully
submitted,

Thank you and
God bless

Alex Comp F60310
4-H-92 Low SQSP
San Quentin CA 94974



Legal Mail



$ 00.41°
PITNEY BOWES
02 1M
0004248283    MAR 04 2008
MAILED FROM ZIP CODE 94964

office of the Clerk U.S.
District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

S41028366i C004