1  Alex Camp_____, In Pro Per
   *(Name)*
2  F60310____, 4-H-92 low
   *(CDC number)   (House)*
3  San Quentin State Prison
   San Quentin, CA 94974
4

5
                IN THE SUPERIOR COURT OF CALIFORNIA
6
                     COUNTY OF _____
7

8
9  In the Matter of the Application of    )    Case No. 3:07-CV-06478-wha
   Alex D. Camp                           )
10 *(Your name)*                          )    **EX PARTE REQUEST FOR**
                                          )    **APPOINTMENT OF COUNSEL**
11     For A Writ Of *Habeas Corpus*.     )    **UPON ORDER TO SHOW CAUSE**
   _____)    (Calif. Rules of Court No. 4.551(c)(2))
12

13     Petitioner, currently unrepresented and unable to afford counsel, but desiring appointment
14 of counsel, respectfully requests the Court *ex parte* to appoint counsel to represent him in the
15 within *habeas* petition. An order to show cause having issued, petitioner is entitled to such
   appointment. Calif. Rules of Court, Rule 4.551(c)(2).
16     WHEREFORE, good cause appearing, petitioner prays the court order the appointment of
17 counsel.

18                                         Respectfully submitted,

19                                         _____, in pro per
                                                *(Signature)*
20

21 ***********************************************************************
                                      **VERIFICATION**
22
23     I, Camp, A_____, declare under penalty of perjury that I have read and
24 understood the above *ex parte* request for appointment of counsel and that I know that the facts
   stated therein are true of my own personal knowledge, except that if stated on information and
25 belief, that I believe them to be true.
26     Executed at San Quentin, CA, County of Marin.
27          Dated: 5-15-08_____        _____
                    *(Date)*                      *(Signature)*
28

Alex Camp F60310
4-H92 Low SQSP
San Quentin, CA 94974



Legal mail

Office of the Clerk, U.S.
District Court
Northern District of California
450 Golden Gate Avenue
San francisco CA 94102



MAILED FROM ZIP CODE 94964
PITNEY BOWES
02 1M
0004248283
MAY 16 2008
$ 00.42⁰