

TO WHOM IT MAY CONCERN:

CASE NO# 3:07-CV-06478-wha

PETITIONER
 ALEX D. CAMP
   VS.                                         DATE: 5/20/08
DEFENDANT
 P. LEONIDA

On December 12th, 2007, I the petitioner Alex D. Camp filed a **Civil Law Complaint** against CDCR staff P. Leonida for Violation of Article 2. Section 3391.(a) OF THE Director's rule book **Title 15**, which states in part "Employee's shall be alart, courteous and professional in dealing with inmates".... and for Violation of my rights under the **Eight Amendment** on the date of May 30th, 2007.

During a class session with C/O P. Leonida, disregarded the proper procedures attending to a health matter, and showed deliberate indifference to my health and safety in that he failed to take heed to my request prior to the seizure that I was feeling faint and needed Medical attention; thereby Violating my rights under the **Eight Amendment**, see: Hope Vs. Pelzer, 536 U.S. 730, 738, 122 S.Ct 2508, 153 L.Ed. 2d 666 (2002).

I am writing this letter in regards to the next steps necessary in completing my **Civil Law Suit**. I suffer from a severe case of Epilepsy otherwise known as Seizures. My Medical files specifically explain my condition in which I will include all relevant copies with this letter.

I am under pressure to have this lawsuit settled as soon as possible. Please inform me of any issues or matters that have to be undertaken beforehand, this is my first **Civil Law Suit**, nonetheless, I am very adamant about proceeding with this case. My health is at stake and is far more important than an incompetent staff member who has shown that he has deliberate indifference to my health and safety. More importantly, I just do not want this to happen to another inmate again.

Training of staff at all levels including health care should be a vital concern of the CDCR.

Thank you in advance for your assistance and much needed cooperation.

                                     PETITIONER
                                     ALEX D. CAMP CDC#F-60310

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS |
|---|---|---|
| **INMATE PASS** | | CDC 129 (7/88) |

| INMATE'S NAME | CDC #: | HOUSING #: |
|---|---|---|
| Camp | F-60510 | O2H-77- |
| **ISSUED BY:** | **DATE:** | **PASS FROM:** |
| Leonida | 5/31/07 | ED |
| **PASS TO:** | **DATE:** | **TIME:** |
| Medical | 5/31/07 | 1):00 |
| **REASON:** Seizure | | |
| **ARRIVAL TIME:** | | **RECORDED BY:** |
| **DEPART TO:** | **TIME:** | **RECORDED BY:** |

NAME: Camp, A.    CDC#: F60310    DATE: 5/31/07

DOB: 02/02/87    DOA: 04/05/07    PAROLE DATE: unknown

HOUSING UNIT: 2H77-LOWER

## TTA-PA

S: This is a 20 y/o AAM with h/o seizures, brought in by Med-1 with altered mental status. EMT reports semi-witnessed seizure in education center. EMT reports that patient was noted to be "not acting right," then was "shaking" on floor, but no other history available. Unknown distance of fall or head trauma, but presumed that he went to floor from a seated position.

MR indicates he is a recent arrival from Wasco prison on Dilantin. Last dilantin level was therapeutic, 11.0 on 2/21/07. Notes indicate pt. reported his last seizure on 02/07. He was formerly on two meds, Depakote was d/c on 03/28/07 but unclear as to why.

PH: Seizures secondary to TBI or anoxia (?) 2004?. Pt. states he was involved in a chemical/trauma episode and later awakened from a coma in the hospital in Fresno, CA. He cannot articulate his diagnosis or course in hospital.

*[margin note: meds: Dilantin 300mg qhs.]*

O: BP 145/104 (repeat 148/96) HR 88. RR 20. T 99.0. Sp02 99% ra. CBG = 140. Awake, eyes open spontaneously, gradually improving from nonverbal to oriented x1, breathing easily. Skin: w/p/d, no cyanosis. HEENT: NC/ No gross head trauma. Occipital scalp tender w/o deformity. No oral trauma. PERRL, 3mm. Ears clear, no hemotympanum. Nares patent w/o fluid or bloody d/c. Neck supple, no palpable tenderness over C-spine, no step-offs or deformities. Chest nontender. CTAB, good volume. RRR, s1s2 nml, no m/r/g. ABD: BS normoactive. Normal contour. Soft, NT, ND. No peritoneal signs. No incontinence. EXT: Warm and well perfused x4. MAE symmetrically. No gross deformities or evidence of trauma. No edema.

TTA Course: Oxygen placed by n/c 3lpm. Pt gradually becomes oriented x3 over 30 min. period. Refuses oxygen. Amnesic for a period of one hour, then recalls feeling like he had a sezure. No further c/o HA or pain. Ambulating steadily with ease and requesting to return to cell. Reports compliant with meds. Labs ordered as stat: CBC, BMP, U/A, Dilantin level. Results for dilantin pending until tomorrow.

A: 1) Witnessed seizure w/ appropriate post-ictal – Improved. 2) Mild scalp contusion. This is a single seizure with no other reported recent ones in patient with known history.

P: Will schedule f/u with PCP tomorrow in H-unit. Dilantin level should be available by then. No new therapies at this time.

*[signature]* PA-C
Nancy Bahnsen, M.S., PA-C

State of California   Department of Corrections   Wasco State Prison   Prior Page Number: ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:   All Staff, Clinicians, Treatment Teams.

| Date: | Time: 2040- Staff: | Reason for Visit | Scheduled Length: |
|---|---|---|---|
| 2/27/2007 | 0:00 1630   McGuire, M.D. | Psychiatric Consultation | 0.25 |
| Housing: | FDB500000000116L   Release Date: | | Current Diagnosis: |

CONTACT: ☐ Case Manager  ☐ IDTT  ☐ Psychiatrist  ☐ Individual  ☐ Other

Completed? Yes / No  ☐ Out of Cell  ☐ Cell Front  Reason not Completed _____

REFERRED BY  ☐ MH  ☐ Custody  ☐ Medical  ☐ Emergency  ☐ I/M Request  ☐ Other

**Subjective:** I feel OK

☐ Current Meds on back  ☐ No Side Effects       Drug History & Drug of Choice: MJ Cocaine

Past Suicide History:
☒ Denies h/o any past suicide attempt   Allergies: ☐ NKDA   AIMS ☒ Negative Score ___

Mental Status Examination

**Objective:**
Appearance   ☒ Well Groomed
Behavior     ☒ Cooperative
Speech       ☒ Normal rate & tone
Thought Process  ☒ Goal Directed, linear & logical
Thought Content  ☒ No Delusions ☒ No Hallucinations ☒ No Psychosis   Vague talk of voices
Mood today is " good "

**Assessment:**
AFFECT: ☒ Euthymic, full range ☐ Constricted ☐ FLAT ☐ ANGRY ☐ SAD ☐ Intense ☐ Inappro
Suicidal Ideation:   ☒ Denies at present time, very stable
Homicidal Ideation:  ☒ Denies any at present time, none evident
Insight:    ☐ Good   ☒ Limited   ☐ Poor
Judgment:   ☐ Good   ☒ Limited   ☐ Poor
AXIS I   MJ, Coc Dependence
AXIS II  Deferred

**Plan:**
Axis III  ☐ None  Family Hx of D. mellitus.
Axis IV  Incarceration ___ months remaining/ ___ years ☒ Uncertainty about date of parole / parole violation
Axis V   Current GAF = 50

R Atarax 100, BID for anxiety x 90 D

**Education:**
☒ Patient educated about the nature of his mental illness, treatment options & side effects of meds
☐ Labs Ordered  ☐ Patient noted to show improvement and progress on current medications.
☒ Medication Informed Consent Obtained.  ☐ CONTINUE CURRENT MEDICATIONS.   Psychiatrist Signature: G McGuire M
☐ Patient refuses psych meds, Keykea criteria not met & Med Refusal form is in file.   Follow up: 90 D

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES  MH 3 [3/21/96]  Confidential Client/Patient Information  See W I Code, Section 5328 | LEVEL OF CARE: CCCMS | Last Name: **CAMP**  CDC # F60310 | First Name: **ALEX**  DOB 2/2/1987 |

California Department of Corrections | Health Care Services Division

**Encounter Form: Seizures**

Inst: SQ Camp
Name: Seiza, Alex   CDC# F60810   DOB: 2-2-87   Date/Time: 5-31-07 0844

Fill in the blanks and check all that apply

**SUBJECTIVE:**
Chief Complaint: Seizure
Time: 0840  ☐ patient found  ☒ of onset
Circumstances surrounding seizure:
☒ Info from witness (name; description of event): That I/m was observed shaking and slumping to ground. No Tonic/Clonic Activity.
☐ Info from patient: None offered
I/m Confused.

Pain: Scale of 0-10 (0=no pain 10=worst pain) 5/10
Area of pain: Back of head
What makes it better or worse? ___
History of: ☒ Loss of consciousness  ☐ Head trauma
☐ Alcohol / drug Abuse  ☒ Seizure disorder
☒ Seizure medications  ☐ Psychiatric illness
☐ Diabetes
Current: ☐ alcohol use  ☐ drug use  ☐ pregnant
☐ N/V  ☐ headache  ☐ visual disturbances
☐ head trauma  ☒ aura  Describe: Witnesses stated he reported not feeling well
Chronic illnesses: SZ

Allergies: Denies
Anticonvulsant medications: 200mg Dilantin
Last dose: HS
Current medications: See list

**OBJECTIVE:**
☒ ABCs present
☐ Awake, alert, oriented to person, place, time
Vital Signs

| Time | BP | Pulse | Resp | O2 Sat. |
|---|---|---|---|---|
| 0846 | 145/104 | 84 | 20 | 99 RA  T 99.0 |
| 0858 | 148/96 | 102 | 18 | 99 O2 3LPM |
| | | | | |

| Parameter | Finding | Score |
|---|---|---|
| Eye Opening | Spontaneously | (4) |
| | To speech | 3 |
| | To pain | 2 |
| | Do not open | 1 |
| Best Verbal Response | Oriented | 5 |
| | Confused | 4 |
| | Inappropriate speech | 3 |
| | Unintelligible speech | 2 |
| | No verbalization | (1) |
| Best Motor Response | Obeys command | 6 |
| | Localized pain | 5 |
| | Withdraws from pain | (4) |
| | Abnormal flexion | 3 |
| | Abnormal extension | 2 |
| | No motor response | 1 |

Glasgow Coma Scale (GCS)  9 → 13

Interpretation: best = 15; worst = 3

**Glasgow Coma Scale**

| Time | 0845 | 0846 | 0850 | 0858 |
|---|---|---|---|---|
| Eye Opening | 4 | 4 | 4 | 4 |
| Best Verbal Response | 2 | 4 | 4 | 5 |
| Best Motor Response | 5 | 5 | 6 | 6 |
| Glasgow Coma Score | 9 | 13 | 14 | 15 |
| Oriented to time, person, place, situation | Y/(N) | Y/(N) | Y/(N) | (Y)/N |

| Time | Circle and describe |
|---|---|
| 0846 | (PERL) Abnormal |
| | PERL  Abnormal |
| | PERL  Abnormal |
| | PERL  Abnormal |

Seizure activity: Started (time) 0830  Ended (time): ?
☐ Observed  ☒ Reported by: School Staff
Loss of consciousness (circle) (YES)  NO
☐ Clonic/tonic movements  ☐ Profuse salivation
☐ Urinary incontinence  ☐ Stool incontinence
☐ Cyanosis  ☐ Apnea
☐ Abnormal eye movements (describe) ___

Automatisms: ☐ Lip smacking  ☐ Swallowing
☐ Chewing  ☐ Other: ___
☐ Fresh needle marks (location) ___
Fingerstick blood glucose: (time/ results) 146 - 0845
Description of seizure (post-ictal period) Awake on m/transport to TTA Dazed Now - Verbal

Pupil Size: 3 4 5 6 7 8  Equal Reactive

_signature_ RN
Signature / Title

California Department of Corrections  
Health Care Services Division

**Encounter Form: Seizures**

Name: C Amp, Alex

CDC# F60310  DOB 2-2-87  Date/Time 5-31-07 0844

Injuries: (describe) 0

Additional Comments: I/M now verbal, mostly Appropriate, still unsteady — unable to give birthdate or age or say with when he is..

**ASSESSMENT:**
- Risk for injury related to/evidenced by: LOC
- Risk for aspiration related to/evidenced by: insecure airway potential
- Alteration in tissue perfusion, cerebral, related to/evidenced by: _____

**PLAN:**
MD referral completed: (circle) NO / YES  If yes:
- ☑ STAT (Status epilepticus)  ☐ Urgent  ☐ Routine

Physician called (name / time) B Johnson  
Physician responded (time) Present

**ACUTE SEIZURE ACTIVITY**
- ☐ Placed in C-spine collar and on back board
- ☑ Seizure precautions implemented: ☐ patient in bed
  - ☑ side rails up  ☐ side rails padded
  - ☑ Environment cleared of objects with potential to cause harm to patient.
- ☑ O2 given via ☑ cannula  ☐ rebreather mask at 2 l/min to maintain O2 Sat ≥ 90%.
  - Pulse oximeter reading on O2 _____
- ☐ Oral airway used  ☐ Nasopharyngeal airway used
- ☐ Assisted ventilation used
- ☐ Patient placed on _____ side to prevent aspiration.
- ☐ Mouth suctioned for emesis or excessive saliva
- ☐ Anticonvulsant serum drug level drawn (specify) _____

**STATUS EPILEPTICUS**
- ☐ IV of Normal Saline at TKO started at (time) _____
  in (location) _____  using (needle) _____

- ☐ Ativan 4mg IM
  - 1st Dose: (time/site) _____
  - 2nd Dose: (time/site) _____

- ☐ Ativan 4mg IV over 2 minutes
  - 1st Dose: (time started/site) _____
  - 2nd Dose: (time started/site) _____
- ☐ Valium 5 mg IV over 2 minutes given
  - 1st Dose: (time started/site) _____
  - 2nd Dose: (time started/site) _____
- ☐ 50ml of 50% Dextrose IV push over 2 minutes started at (time) _____ for fingerstick below 50 mg/dL.
  - Fingerstick after medication: _____
- ☐ Treatment given per RN Protocol: _____

**EDUCATION:**
- ☐ Patient oriented to time, person, place, circumstances
- Patient instructed in:  ☐ Use of medication
  - ☐ Use of alcohol and/or drugs
  - ☐ Blood glucose monitoring
  - ☐ Importance of keeping scheduled appointments
  - ☐ Other: _____

- ☐ Resubmit Health Care Service Request Form (CDC) 7362 if: seizure reoccurs, aura or loss of consciousness occurs; use of drugs or alcohol; missed medications; or _____

- ☐ Patient Health Care Education Forms given to patient: (specify) _____

- ☐ Patient verbalized understanding of instructions.
- ☐ Education deferred due to patient condition

**DISPOSITION**
- Time released: _____
- ☐ Condition on release: _____
- ☐ Returned to housing unit
- ☐ Housing reassignment to: _____
- ☐ Referred for follow-up
  - ☐ Physician clinic  ☐ RN clinic
- Referred to higher level of care: (specify) _____

- Person/time contacted: _____
  - ☐ Records faxed to facility
- Time/Mode of transfer: _____
- ERV contacted (time) _____
- ERV arrived (time) _____

Additional Comments: M25 - Blood drawn/sent to lab stat

Signature / Title

ENCOUNTER FORM: SEIZURES  
CDC XXXX

1

5/04

# FIELD ASSESSMENT FORM



DATE 5-31-07   CREW med 1 / 0833   ENG #   UNIT #
LOCATION Education L/y   PT. AGE   (M) F   WEIGHT
LEVEL OF DISTRESS   MILD / MODERATE / SEVERE   HOW PATIENT FOUND: supine on floor

**CHIEF COMPLAINT / PROBLEM** — Possible
- P: Seizure
- Q:
- R:
- S:
- T:

**PERTINENT OTHER HISTORY**
Unknown

**MEDICATIONS**
Unknown

**ALLERGIES**: Unknown
**PRIVATE MD**:

## VITAL SIGNS

**LEVEL OF CONSCIOUSNESS**   ☐ Unconscious
Oriented to: ☐ Person ☐ Place ☐ Time ☐ Situation
Responds to: ☐ Verbal ☐ Painful ☐ Sluggish ☒ Non-Responsive
☐ Prior Loss of Consciousness   Duration:

**SKIN SIGNS**   ☐ All WNL
☒ Pale   ☐ WNL   ☐ WNL
☐ Cyanotic   ☐ Wet   ☐ Cool
☐ Flushed   ☒ Clammy   ☐ Cold
          ☐ Dehydrated   ☒ Hot

| TIME | BP | P | R | EKG |
|---|---|---|---|---|
|  | 131/79 | 120 |  |  |

LUNG SOUNDS ☐

## PHYSICAL ASSESSMENT
Check if Normal ▼
- HEAD ☐
- FACE ☐
- PUPILS — ☒ PERL ☐ Unequal   L / R is larger
  ☐ No Response ☐ Sluggish ☐ Pinpoint ☐ Midrange ☐ Dilated
- NECK ☐
- CHEST ☐
- ABDOMEN ☐
- PELVIS ☐
- BACK ☐
- EXTREMITIES ☐
- NEURO EXAM ☐
- DISTAL PULSE ☐

TIME   **TREATMENT**

**COMMENTS**
TTA med 1 Gurney

NAME: Camp   F60310   DOB:   PHONE: ( )
ADDRESS:   CITY:   STATE:   ZIP:

Alex Camp F60310
4-H-92Low SQSP
San Quentin CA 94974



Legal Mail

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102