United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX D. CAMP,<br><br>        Plaintiff,<br><br>  v.<br><br>P. LEONIDA,<br><br>        Defendant. | No. C 07-6478 WHA (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND DISMISSING CASE** |

        This is a habeas case filed pro se by a state prisoner. The complaint was dismissed with leave to amend in the initial review order because plaintiff had not alleged facts regarding the only named defendant. Within the time to amend plaintiff filed a combined amended complaint and motion for leave to amend. It consists of only one sentence – a statement that he is supplying a copy of his inmate grievance form. Attached to it is the grievance form, with responses.

        The motion for leave to amend is unnecessary because permission to amend was granted in the initial review order. The motion (document number 7) is **DENIED**.

        In the initial review order petitioner was warned that his amended complaint would completely replace the original complaint, and was advised to include in it all claims he wished to present. The filing is insufficient to serve as an amended complaint, in that it is not in the form of a complaint and does not contain necessary elements of a complaint, such as a list of intended defendants or a demand for relief.

Plaintiff having failed to file a complaint complying with the Court's order within the time allowed, this case is **DISMISSED**. *See* Fed. R.Civ.P. 41(b). All pending motions are terminated. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August   18  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\CAMP6478.DSM.wpd