1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10    ALEX D. CAMP,                          No. C 07-6478 WHA (PR)

11              Plaintiff,                   **ORDER DENYING PLAINTIFF'S
                                             MOTION FOR LEAVE TO AMEND
12       v.                                  AND DISMISSING CASE**

13    P. LEONIDA,

14              Defendant.
                                    /
15

16          This is a habeas case filed pro se by a state prisoner.  The complaint was dismissed with

17    leave to amend in the initial review order because plaintiff had not alleged facts regarding the

18    only named defendant.  Within the time to amend plaintiff filed a combined amended complaint

19    and motion for leave to amend.  It consists of only one sentence – a statement that he is

20    supplying a copy of his inmate grievance form.  Attached to it is the grievance form, with

21    responses.

22          The motion for leave to amend is unnecessary because permission to amend was granted

23    in the initial review order.  The motion (document number 7) is **DENIED**.

24          In the initial review order petitioner was warned that his amended complaint would

25    completely replace the original complaint, and was advised to include in it all claims he wished

26    to present.  The filing is insufficient to serve as an amended complaint, in that it is not in the

27    form of a complaint and does not contain necessary elements of a complaint, such as a list of

28    intended defendants or a demand for relief.

**United States District Court**
For the Northern District of California

1       Plaintiff having failed to file a complaint complying with the Court's order within the

2   time allowed, this case is **DISMISSED**.  *See* Fed. R.Civ.P. 41(b).  All pending motions are

3   terminated.  The clerk shall close the file.

4       **IT IS SO ORDERED.**

5   Dated:  August ___18___, 2008.

    WILLIAM ALSUP
6   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  G:\PRO-SE\WHA\CR.07\CAMP6478.DSM.wpd

**United States District Court**
For the Northern District of California