UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALEX D. CAMP,

        Plaintiff,

 v.

D. LEONIDA,

        Defendant.
_____/

Case Number: CV07-06478 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alex D. Camp
F-60310/ 4-H-92L
San Quentin State Police
San Quentin, CA 94974

Dated: August 20, 2008

                                              Richard W. Wieking, Clerk
                                              By: D. Toland, Deputy Clerk