**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEX D. CAMP,   No. C 07-6478 WHA (PR)

    Plaintiff,   **JUDGMENT**

v.

P. LEONIDA,

    Defendant.
                                 /

The court has dismissed this prisoner in forma pauperis complaint. Judgment is entered in favor of defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: August  18 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\CAMP6478.JUD.wpd